UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TERRY JOEL BURGESS
          Plaintiff(s)
   v.                            **Judgment in a Civil Case**
BRUCE KELLY HAMM; BRENDA
DUDLEY; TERZR EGLETON
          Defendant(s)           Case Number: 5:10-CT-3170-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on February 4, 2011, with service on:
Terry Joel Burgess  0840482,  Scotland Correctional Center. P.O. Box 1808, Laurinburg, NC (via U.S. Mail)

February 4, 2011                                                       /s/ Dennis P. Iavarone
                                                                                Clerk